UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEFFREY GREEN,

    Plaintiff,                                                Case No. 3:21-cv-62

vs.

AIRGAS USA, LLC,                       District Judge Michael J. Newman

    Defendant.

## ORDER FOLLOWING PRELIMINARY PRETRIAL CONFERENCE

This civil case came before the Court for a preliminary pretrial conference by telephone on April 7, 2021. Attorneys Matthew G. Bruce and Anne M. Mayette appeared and participated. The Court has reviewed the parties' Rule 26(f) report. Doc. No. 8. The Court also discussed Local Civil Rule 83.4, requiring that every party be represented by a trial attorney "who is a permanent member in good standing of the bar of this Court." S.D. Ohio Civ. R. 83.4(a). A scheduling order will issue by separate entry.

**IT IS SO ORDERED.**

Date:  April 7, 2021                                  s/Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                    United States District Judge